**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. **06 – CV – 01500**-Ᏸₐⁿᴾ

AUG 0 2 2006

**(The above civil action number must appear on all future papers** GREGORY C. LANGHAM
**sent to the court in this action. Failure to include this number** CLERK
**may result in a delay in the consideration of your claims.)**

DANIEL L. ROSALES, #115593,

   Applicant,

v.

WARDEN "MILYARD" STERLING CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN W. SUTHERS,

   Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254, and a Motion to Dismiss Without

Prejudice. The court has determined that the documents are deficient as described in

this order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action. Applicant will be directed to cure the following if he wishes to

pursue his claims. Any papers which the Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) X is missing certified copy of prisoner's trust fund statement for the 6-month
       period immediately preceding this filing (Account statement submitted is

not certified by a prison official.)

(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application**:

(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

2

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 31st day of July _____, 2006.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   **06 - CV - 01500** -ᴮᴺᴮ

Daniel L. Rosales
Reg. No. 115593
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _8-2-06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk